**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ASSOCIATED BANK, NATIONAL ASSOCIATION, <br><br>        Plaintiff, <br><br>   v. <br><br> JT LOGISTICS HOLDING COMPANY, LLC; JT LOGISTICS SOLUTIONS, LLC; JT TRANSPORTATION, LLC; JT FREIGHT, LLC; LIVIT STAFFING, LLC; JT REAL ESTATE HOLDINGS, LLC; JT PROPERTY SOLUTIONS, LLC; JT TRANSPORTATION LEASING SOLUTIONS, LLC; WAREHOUSE BUILDOUT SYSTEMS & SOLUTIONS, LLC; JT ECOMMERCE SOLUTIONS, LLC; JT PACKAGING SOLUTIONS, LLC; JT BINDING SOLUTIONS, LLC; JT INDUSTRIAL SERVICES, LLC; JT EXPEDITED SOLUTIONS, LLC; 700 BLAKELY, LLC; ANDRE J. EKIS; TROY J. STRAWHECKER; JAMES M. MYERS; JAMES R. CORD; JT LOGISTICS 4120 PARCEL A, LLC; and DIXON PROPERTIES – 3811, LLC, <br><br>        Defendants. | Case No. 1:26-cv-06468 |

**AGREED ORDER (I) VACATING AGREED RECEIVERSHIP ORDER *NUNC PRO TUNC* TO JUNE 9, 2026, (II) DISMISSING LAWSUIT WITHOUT PREJUDICE AND (III) STRIKING FUTURE DATES**

      THIS CAUSE coming to be heard on the parties' *First Joint Status Report* [Dkt. No. 23], due notice having been given, and the Court having jurisdiction over the parties hereto and the subject matter hereof and having considered the aforementioned First Joint Status Report, the Court **HEREBY FINDS, ORDERS, ADJUDGES AND DECREES AS FOLLOWS**:

      1.     The *Agreed Order Appointing Receiver* entered in the above-captioned action [Dkt. No. 22] is hereby vacated in its entirety, *nunc pro tunc* to June 9, 2026;

      2.     The above-captioned action is hereby voluntarily dismissed without prejudice;

      3.     The parties are not required to file a second joint status report on June 23, 2026, as previously directed by the Court pursuant to its June 8, 2026 Minute Entry [Dkt. No. 21]; and

1

Docusign Envelope ID: 3C98820D-C2A6-8A5B-8064-3E6D4BFAE45F

4. The telephonic tracking hearing in the above-captioned lawsuit previously scheduled for June 30, 2026 at 9:45 A.M. (CDT) [Dkt. No. 21] is hereby stricken without further notice.

ENTERED: _____
Presiding Judge

**Prepared by:**
Michael M. Eidelman (ARDC No. 6197788) (meidelman@vedder.com)
Michael D. Leifman (ARDC No. 6324233) (mleifman@vedder.com)
Randall M. Lending (ARDC No. 6198407) (rlending@vedder.com)
Vedder Price P.C.
222 North LaSalle Street, Suite 2400
Chicago, Illinois 60601
T: (312) 609-7500
*Attorneys for Associated Bank, National Association*

## ACKNOWLEDGED AND AGREED TO BY:

| | |
|---|---|
| **JT LOGISTICS SOLUTIONS, LLC,** an Iowa limited liability company,<br><br>By: James R. Cord<br>Name: James R. Cord<br>Title: President and CEO | **JT LOGISTICS HOLDING COMPANY, LLC,** an Iowa limited liability company,<br><br>By: James R. Cord<br>Name: James R. Cord<br>Title: President and CEO |
| **JT TRANSPORTATION, LLC,** an Iowa limited liability company,<br><br>By: James R. Cord<br>Name: James R. Cord<br>Title: President and CEO | **JT FREIGHT, LLC,** an Iowa limited liability company,<br><br>By: James R. Cord<br>Name: James R. Cord<br>Title: President and CEO |
| **LIVIT STAFFING, LLC,** an Iowa limited liability company<br><br>By: James R. Cord<br>Name: James R. Cord<br>Title: President and CEO | **JT REAL ESTATE HOLDINGS, LLC,** an Iowa limited liability company<br><br>By: James R. Cord<br>Name: James R. Cord<br>Title: President and CEO |

2

| | |
|---|---|
| **JT PROPERTY SOLUTIONS, LLC,**<br>an Iowa limited liability company<br><br>By: *James R. Cord*<br>Name: James R. Cord<br>Title: President and CEO | **JT TRANSPORTATION LEASING SOLUTIONS, LLC,**<br>an Iowa limited liability company<br><br>By: *James R. Cord*<br>Name: James R. Cord<br>Title: President and CEO |
| **JT ECOMMERCE SOLUTIONS, LLC,**<br>an Iowa limited liability company<br><br>By: *James R. Cord*<br>Name: James R. Cord<br>Title: President and CEO | **WAREHOUSE BUILDOUT SYSTEMS & SOLUTIONS, LLC,**<br>an Iowa limited liability company<br><br>By: *James R. Cord*<br>Name: James R. Cord<br>Title: President and CEO |
| **JT BINDING SOLUTIONS, LLC,**<br>an Iowa limited liability company<br><br>By: *James R. Cord*<br>Name: James R. Cord<br>Title: President and CEO | **JT PACKAGING SOLUTIONS, LLC,**<br>an Iowa limited liability company<br><br>By: *James R. Cord*<br>Name: James R. Cord<br>Title: President and CEO |
| **JT INDUSTRIAL SERVICES, LLC,**<br>an Iowa limited liability company<br><br>By: *James R. Cord*<br>Name: James R. Cord<br>Title: President and CEO | **JT EXPEDITED SOLUTIONS, LLC,**<br>an Iowa limited liability company<br><br>By: *James R. Cord*<br>Name: James R. Cord<br>Title: President and CEO |
| **700 BLAKELY, LLC,**<br>an Iowa limited liability company<br><br>By: *James R. Cord*<br>Name: James R. Cord<br>Title: President and CEO | **DIXON PROPERTIES - 3811, LLC,**<br>an Iowa limited liability company<br><br>By: *(signature)*<br>Name: Troy J. Strawhecker<br>Title: Manager |
| **JT LOGISTICS 4120 PARCEL A, LLC,**<br>an Iowa limited liability company<br><br>By: *James R. Cord*<br>Name: James R. Cord<br>Title: President and CEO | *(signature)*<br>Troy J. Strawhecker |

3

Docusign Envelope ID: 3C98820D-C2A6-8A5B-8064-3E6D4BFAE45E

| | |
|---|---|
| Signed by:<br>F65AF6FE1EA347B...<br>Andre J. Ekis | DocuSigned by:<br>James R. Cord<br>4521185F9D91472...<br>James R. Cord |
| Signed by:<br>James M. Myers<br>54C76AE9764F4DF...<br>James M. Myers | |
| **SALLYPORT COMMERCIAL FINANCE, LLC,**<br>a Delaware limited liability company<br><br>By:<br>Name: <u>Nick Hart</u><br>Title: <u>President and CEO</u> | |

4

VP/#99763575.1

| | |
|---|---|
| Andre J. Ekis | James R. Cord |
| James M. Myers | |
| **SALLYPORT COMMERCIAL FINANCE, LLC,** a Delaware limited liability company<br><br>By: _____<br>Name: Nick Hart<br>Title: President and CEO | |

4